UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

GEORGE SWINYER,

    Plaintiff,

v.

BALINDA COLE *et al.*,

    Defendants.

Case No. C05-5610FDB

ORDER TO PROVIDE SERVICE DOCUMENTS

    Plaintiff has been granted leave to proceed *in forma pauperis*. Plaintiff has not provided service documents. Plaintiff sent a letter in October indicating it would take him some time to provide the service copies. (Dkt. # 7). It has been almost two months and the court has not received any service copies. The Clerk is directed to send plaintiff four service forms.

    Plaintiff will fill out the forms and return them along with four copies of the complaint in this action. The forms and copies must be returned on or before **January 27th, 2006** or the court will recommend dismissal for failure to prosecute.

    The Clerk is directed to send a copy of this Order and the service forms to plaintiff and note this matter for **January 27th, 2006.**

    DATED this 22nd, day of December, 2005.

                              */S/ J. Kelley Arnold*
                              J. Kelley Arnold
                              United States Magistrate Judge

ORDER