UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

GEORGE C. SWINYER Jr.,

    Plaintiff,

v.

BALINDA COLE *et al.*,

    Defendants.

Case No. C05-5610FDB

ORDER ADOPTING REPORT AND RECOMMENDATION

The Magistrate Judge recommends that Plaintiff's request for an order to direct the Department of Corrections to ship property to Plaintiff be denied as unrelated to this lawsuit. The Court, having reviewed Plaintiffs' complaint, the Report and Recommendation of Magistrate Judge J. Kelley Arnold and the remaining record, does hereby find and ORDER:

(1)     The Court adopts the Report and Recommendation;

(2)     Plaintiff's motion for injunctive relief [Dkt # 18] is **DENIED.** Plaintiff may not seek relief on issues that are not part of this action.

(3)     Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendants, and to the Hon. J. Kelley Arnold.

DATED this 8th day of June, 2006.

_____
FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1