UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

GEORGE C. SWINYER, JR.,

    Plaintiff,

    v.

BALINDA COLE, *et al.*,

    Defendants.

Case No. C05-5610FDB

ORDER DENYING OBJECTIONS

A Report and Recommendation [Dkt. # 28] in this case was filed on April 25, 2006 to which Plaintiff filed a timely objection [Dkt. # 31] on May 2, 2006. The Court adopted the R&R on June 8, 2006 [Dkt. # 33]. Plaintiff filed another objection to The R&R on June 14, 2006 [Dkt. # 40]. Plaintiff's objection to the Report and Recommendation [Dkt. # 28] are unavailing, and the Order adopting the Report and Recommendation [Dkt. # 33] stands.

IT IS ORDERED: Plaintiff's objections [Dkt. # 40] are out of order and are overruled.

DATED this 18th day of July, 2006.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1