UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

GEORGE SWINYER,

        Plaintiff,

    v.

BALINDA COLE *et al.*,

        Defendants.

Case No. C05-5610FDB

ORDER DENYING EXTENSION OF TIME

     This Civil Rights action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. § 636(b)(1)(B). Plaintiff has been granted leave to proceed *in forma pauperis*. Plaintiff asks for an extension of time to respond to Clark County's motion for summary judgment. The County argues plaintiff's case is time barred and without merit.  (Dkt. # 35).

     Plaintiff asks for the extension of time because he is incarcerated, and lack of information. Plaintiff fails to inform the court what information he needs and what steps he has taken to obtain information.  Further, in a subsequent filing plaintiff indicates he is being released as of July 14th, 2006 as homeless and will be without an address.  (Dkt. # 42).

     Plaintiff has not shown good cause for a continuance.  The issue on summary judgment is

ORDER

1  whether this action is time barred.  Plaintiff needed to address that issue and has not done so.  The

2  motion for an extension of time is **DENIED.**

3         The Clerk is directed to send copies of this Order to Plaintiff and counsel for Defendants.

4

5         DATED this 20th day of July 2006.

6

7                              */S/ J. Kelley Arnold*
                            J. Kelley Arnold

8                              United States Magistrate Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  ORDER